Joeffre KOLOSKY, Appellant,

v.

NATIONWIDE LIFE INSURANCE COMPANY, Appellee.

No. 10–1909.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 22, 2010.

Filed: Oct. 5, 2010.

Joeffre Kolosky, Minneapolis, MN, pro se.

Jerry D. Van Cleave, Settano & Van Cleave, Bloomington, MN, for Appellee.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommenda-

[UNPUBLISHED]

PER CURIAM.

Joeffre Kolosky appeals the district court's [1] dismissal of his diversity action in which he alleged that Nationwide Life Insurance Company improperly denied coverage under an insurance contract. After careful de novo review, *see Banks v. Int'l Union Elec., Elec., Technical, Salaried & Mach. Workers,* 390 F.3d 1049, 1052 (8th Cir.2004), we conclude that dismissal of the suit on Minnesota-law res judicata grounds was proper, *see Brown–Wilbert, Inc. v. Copeland Buhl & Co.,* 732 N.W.2d 209, 220 (Minn.2007) (res judicata factors).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

tions of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.